## A95A2674. MORGAN v. THE STATE.
### (478 SE2d 781)

BEASLEY, Chief Judge.

In *Morgan v. State*, 219 Ga. App. 760 (466 SE2d 658) (1996), we affirmed appellant's judgment of conviction of DUI and several traffic offenses. The Supreme Court granted certiorari and reversed our decision in *Morgan v. State*, 267 Ga. 203 (476 SE2d 747) (1996). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Pope, P. J., and Ruffin, J., concur.*

DECIDED NOVEMBER 22, 1996.

*Robert W. Chestney*, for appellant.

*Ralph T. Bowden, Jr., Solicitor, Lawrence Delan, W. Cliff Howard, Assistant Solicitors*, for appellee.